UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPHINE TARVIS, )
Plaintiff )
v. ) CA 08 247S
) C.A. NO.
PROVIDENCE VETERANS MEDICAL CENTER )
and VINCENT W. NG, in his capacity )
as Medical Center, Director )
Defendant )

RECEIVED
JUN 27 2008
Property of U.S. District Court
District of Rhode Island

NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND:

1. The Veterans Administration ("VA") is a defendant in an action in the Superior Court, Providence County, State of Rhode Island entitled Josephine Tarvis V. Providence Veterans Medical Center and Vincent W. Ng, in his Capacity as Medical Center, Director, PC 08-4027. Service was made on the Veterans Administration on June 26, 2008.

2. The attached documents are copies of pleadings that were received by the United States Attorney as of this date. Certified or attested copies of all records and proceedings in the Providence County, Rhode Island Superior Court and a certified or attested copy of all docket entries there, including the filing of a copy of this petition, will be listed with this court within ten days as required by Local Rule 36(b).

3. The facts as alleged in the complaint in the above-described action represent a civil action commenced in State Court against an agency of the United States. Such action may be

removed to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1442(a)(1) and 28 U.S.C. § 1446.

WHEREFORE, the petitioner prays that the above-described action pending in the Superior Court, Providence, County, State of Rhode Island be removed therefrom to this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD B. MYRUS
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 Fax

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2008, I caused a copy of the within documents to be forwarded, by postage prepaid mail, to:

Robert E. Craven, Esq.
7405 Post Road
North Kingstown, RI 02852