STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JOSEPHINE TARVIS

VS.

PROVIDENCE VETERANS MEDICAL CENTER and VINCENT W. NG, in his capacity as MEDICAL CENTER DIRECTOR

CA 08 247

C.A. NO. PC 08-4027

RECEIVED
JUN 27 2008
Property of U.S. District Court
District of Rhode Island

## COMPLAINT

1. Plaintiff, Josephine Tarvis, is a resident of the City of North Providence, State of Rhode Island.

2. Defendant, Veterans Canteen Service, is a service associated with the Veteran's Administration Hospital in the City of Providence, State of Rhode Island.

## COUNT 1
## NEGLIGENCE

3. At all times relative to this Complaint, the Plaintiff, Josephine Tarvis, was in the exercise of due care.

4. On or about June 5, 2006, Plaintiff, Josephine Tarvis, was working as an employee at Defendant's, Veterans Canteen Service, operation.

5. Defendant, Veterans Canteen Service, owed a duty to the Plaintiff, Josephine Tarvis, to assure that the premises and facilities were safe and operated under the exercise of due care.

6. Defendant, Veterans Canteen Service, breached this duty of care by negligently failing to notify Plaintiff, Josephine Tarvis, of a leaking vending machine and/or negligently failing to attend to the leaking machine, thereby causing Plaintiff, Josephine Tarvis, to suffer and become afflicted with severe personal injuries and extreme pain.

7. As a direct and proximate cause of the negligence of Defendant, Veterans Canteen Service, Plaintiff, Josephine Tarvis, was severely and

permanently injured, suffered great pain of her body, and suffered both lost wages and earning capacity.

8. At all times hereto mentioned, Plaintiff, Josephine Tarvis, was in the exercise of due care for her safety.

WHEREFORE, the Plaintiff, Josephine Tarvis, demands judgment against the Defendant, Veterans Canteen Service, for compensatory damages, plus interests and costs.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES**

Plaintiff, Josephine Tarvis,
By her attorney,

Robert E., Craven, Esq. (2938)
7405 Post Road
North Kingstown, RI 02852
401-453-2700
401-295-9050
401-453-1910 Fax

DATED: May 20, 2008

**CERTIFICATION**

I certify that a copy of the within Complaint was mailed on this 20th day of June, 2008 to :

Veterans Canteen Service
830 Chalkstone Avenue
Providence, RI 02908
401-273-7100
401-457-3042

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

X *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. PC-2008-4027

JOSEPHINE TARVIS
**Plaintiff**

PROVIDENCE VETERANS MEDICAL CENTER & VINCENT NG, in his capacity as Medical Center Director
**Defendant**

## Summons

A TRUE COPY ATTEST
CONSTABLE ~~6130~~ 138
DATE 6/25/08

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Robert E. Craven, Esq. Plaintiff's attorney, whose address is 7405 Post Road North Kingstown, R.I. 02852 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Jane M. Anthony
CLERK

Dated: June 20, 2008

**(Seal of the Superior Court)**

S- 135 (REV. 02/07)

# State of Rhode Island and Providence Plantations

..............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ........................................... day of ..................................................... I served a copy of this summons and a copy of the complaint received therewith upon ................................................................................

................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,....................................................

..............................................................................................., with a person of suitable age and discretion then residing therein. (Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, .............................................

..............................................................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ................................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

................................................................................................................................................

................................................................................................................................................

................................................................................................................................................

Sheriff's Fees

Travel ......................... $..........................

Service ........................ $..........................

$..........................

..................................................................

Deputy Sheriff

CIVIL ACTION

FILE NO. PC-08-4027.................

SUMMONS

SUPERIOR COURT

JOSEPHINE TARVIS

VS

PROVIDENCE VETERANS MEDICAL CENTER & ~~VINCENT NG in his capacity~~ as Medical Center Director

Robert E. Craven #2938

ATTORNEY FOR PLAINTIFF

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.