STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-4027 JOSEPHINE TARVIS V VINCENT NG

Filing Date: 06-11-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 06-27-2008

Plaintiff: JOSEPHINE TARVIS
ID: @11026406

Attorney: ROBERT CRAVEN

Defendant: VINCENT NG
ID: @11026407
Defendant: PROVIDENCE VETERANS MEDICAL CENTE
ID: @11026410

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-11-2008 | COMPLAINT FILED | |
| 06-11-2008 | INITIAL FILING FEE | |
| 06-12-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP275370. |
| 06-27-2008 | NOTICE OF REMOVAL | |
| 06-27-2008 | CASE REMVD TO US DISTRICT CT | CA # 247 S |
| 06-27-2008 | OTH DOC FILED DURING DISCOV | |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island