UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPHINE TARVIS,<br>Plaintiff<br>v.<br><br>PROVIDENCE VETERANS MEDICAL CENTER and VINCENT W. NG, in his capacity as Medical Center, Director<br>Defendant | C.A. NO. 08-247S |

ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, on behalf of its agency, the Veterans Administration, and moves that the Defendant's time to answer, or otherwise respond to, plaintiff's Complaint be enlarged up to and including September 25, 2008. Plaintiff's attorney has assented to this motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD B. MYRUS
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000
(401) 709-5017 Fax
Email: richard.myrus@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2008, I caused a copy of the within Assented to Motion for Enlargement of Time to be forwarded, by postage prepaid mail, to:

Robert E. Craven, Esq.
7405 Post Road
North Kingstown, RI 02852

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney