IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

JOSEPHINE TARVIS, )
Plaintiff )
)
vs. ) C.A. NO.08-247S
)
PROVIDENCE VETERANS MEDICAL CENTER )
and VINCENT W. NG, in his capacity as )
Medical Center, Director )
Defendant )

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal without prejudice of the above-captioned action. It is also agreed that each party will bear its own costs, fees, and expenses.

Respectfully submitted,

For the Petitioner,

Josephine Tarvis

/s/ Robert E. Craven, Esq
ROBERT E. CRAVEN.
7405 Post Road
North Kingstown, RI 02852
(401)453-2700
(401)453-1910 (fax)

For the Defendants,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5060 (fax)